VOLTSTAR TECHNOLOGIES, INC.,
fka Horizon Technologies, Inc.,
Plaintiff–Appellant

v.

AMAZON.COM, INC., a Delaware
Corporation, Defendant–
Appellee.

No. 2014–1772.

United States Court of Appeals,
Federal Circuit.

April 14, 2015.

Joel B. Rothman, Schneider Rothman IP Law Group, Boca Raton, FL, argued for plaintiff-appellant. Also represented by Jerold I. Schneider.

Bradford Peter Lyerla, Jenner & Block LLP, Chicago, IL, argued for defendant-appellee. Also represented by Joshua Segal, Washington, DC.

Before PROST, Chief Judge, LOURIE, Circuit Judge, and GILSTRAP, District Judge.*

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

* Honorable Rodney Gilstrap, District Judge, United States District Court for the Eastern

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**